UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Case No. 1:11-cr-3-04 |
| v. | ) | |
| | ) | COLLIER / LEE |
| BENJAMIN PARK | ) | |

REPORT AND RECOMMENDATION

Pursuant to 28 U.S.C. § 636(b), I conducted a plea hearing in this case on October 12, 2011.

At the hearing, defendant moved to withdraw his not guilty plea to Count One of the six-count

Indictment and entered a plea of guilty to Count One in exchange for the undertakings made by the

government in the written plea agreement.  On the basis of the record made at the hearing, I find the

defendant is fully capable and competent to enter an informed plea; the plea is made knowingly and

with full understanding of each of the rights waived by defendant; the plea is made voluntarily and

free from any force, threats, or promises, apart from the promises in the plea agreement; the

defendant understands the nature of the charge and penalties provided by law; and the plea has a

sufficient basis in fact.

Therefore, I **RECOMMEND** defendant's motion to withdraw his not guilty plea to Count

One of the Indictment be granted, his plea of guilty to Count One be accepted, the Court adjudicate

defendant guilty of Count One of the Indictment, and a decision on whether to accept the plea

agreement be deferred until sentencing.  Defendant filed a motion to remain on bond after entry of

his plea pending sentencing pursuant to 18 U.S.C. §§ 3143(a) & 3145(c) [Doc. 138] and a hearing

was held on the motion, which was opposed by the Government.  At the conclusion of the hearing,

defendant's bond was revoked as he did not show there were exceptional reasons for release under

18 U.S.C. § 3145(c). Therefore, I further RECOMMEND that defendant remain in custody until

sentencing in this matter. Acceptance of the plea, adjudication of guilt, acceptance of the plea

agreement, and imposition of sentence are specifically reserved for the district judge.


s/ *Susan K. Lee*
SUSAN K. LEE
UNITED STATES MAGISTRATE JUDGE


NOTICE TO PARTIES

You have the right to *de novo* review of the foregoing findings by the district judge. Any application for review must be in writing, must specify the portions of the findings or proceedings objected to, and must be filed and served no later than fourteen days after the plea hearing. Failure to file objections within fourteen days constitutes a waiver of any further right to challenge the plea of guilty in this matter. See 28 U.S.C. §636(b).